In the Matter of the Accounting of the UNITED STATES TRUST COMPANY OF NEW YORK, as Executor of ALONZO W. BALCH, Deceased.

ADELAIDE M. BALCH, as Executrix of DAVID C. BALCH, Deceased, Appellant; EVA ROHR et al., Respondents.

*Matter of United States Trust Co.*, 117 App. Div. 178, affirmed.
(Argued May 21, 1907; decided June 4, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 19, 1907, which affirmed a decree of the New York County Surrogate's Court settling the accounts of the executor herein and finding adversely to the appellant on her claim to funds represented by two savings bank books.

*Anson M. Beard* and *James M. Gifford* for appellant.

*Maunsell B. Field*, *Evan Shelby*, *Peter S. Carter*, *George Boochever* and *T. Channon Press* for respondents.

Order affirmed, with costs, on opinion of SCOTT, J., below. Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.

---

EDWARD R. DUNHAM, Respondent, *v.* THE HASTINGS PAVEMENT COMPANY, Appellant.

*Dunham v. Hastings Pavement Co.*, 118 App. Div. 127, affirmed.
(Argued May 21, 1907; decided June 4, 1907.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 15, 1907, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the complaint in an action to recover on contract.

The following questions were certified:

" 1. Does the third amended complaint herein state facts sufficient to constitute a cause of action in the 'first cause of action' therein set forth?